UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM BESSER and KELSEY BESSER, <br><br> Plaintiffs, <br><br> v. <br><br> ESURANCE INSURANCE COMPANY and ALLSTATE INSURANCE COMPANY, <br><br> Defendants. | CASE NO. C24-5516 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

At the Parties' request, the Court hereby STAYS the deadlines to exchange initial disclosures, conduct the Rule 26(f) conference, and file the joint status report. (See Dkt. No. 11.) The Court will reset these three case deadlines after it rules on the pending Motion to Withdraw (Dkt. No. 10).

\\

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed October 22, 2024.

          Ravi Subramanian
          Clerk of Court

          s/Kathleen Albert
          Deputy Clerk