The Honorable Marsha J. Pechman
Hearing Date: October 9, 2024
Location: US Courthouse/ Seattle
Response Date: October 5, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ADAM BESSER and KELSEY BESSER,<br><br>　　　　　　　　Plaintiffs,<br>vs.<br>EURANCE INSURANCE COMPANY, and ALLSTATE INSURANCE COMPANY,<br><br>　　　　　　　　Defendants. | No. 3:24-cv-05516-MJP<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF ATTORNEY AND EXTENSION OF DEADLINES<br><br>(Clerk's Action Required) |

THIS MATTER having come before the above-entitled Court on the Motion for Withdrawal of Attorney ("Motion") filed by counsel for Plaintiffs, the Court having considered the Motion and accompanying Declaration of Sean Skillingstad in Support of Motion for Withdrawal of Attorney; Responses, if any; and any reply papers;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Withdrawal of Attorney is GRANTED. Sean Skillingstad of SKS Law, PLLC is hereby considered to have withdrawn from this matter as attorney for Plaintiffs.

IT IS FURTHER ORDERED that the initial deadlines in Dkt No. 7 shall be extended an additional thirty (30) to allow Plaintiffs time to seek the assistance of new counsel.

ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND FOR EXTENSION OF DEADLINES - 1

SKS Law, PLLC
8106 NE 141st St
Kirkland, WA 98034-5324
Tel#206-499-3877
sean@skslawllc.com

IT IS FURTHER ORDERED that the Plaintiffs can be contacted directly at the following address 30 E Fox Ln, Shelton, WA 98584 for all future noticing. The best email address is besseradams@gmail.com.

DONE IN OPEN COURT this 1st day of November, 2024.

MARSHA J. PECHMAN
United States Senior District Judge

Presented by:

s/ Sean K. Skillingstad
Sean K. Skillingstad, WSBA 49401
SKS Law, PLLC
8106 NE 141st St
Kirkland, WA 98034-5324
Tel#206-499-3877
sean@skslawllc.com

ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND FOR EXTENSION OF DEADLINES - 2

SKS Law, PLLC
8106 NE 141st St
Kirkland, WA 98034-5324
Tel#206-499-3877
sean@skslawllc.com