UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM BESSER and KELSEY BESSER, | CASE NO. C24-5516 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ESURANCE INSURANCE COMPANY and ALLSTATE INSURANCE COMPANY, | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha

J. Pechman, United States Senior District Judge:

The Parties have not complied with the Court's Order Regarding Initial Disclosures and

Joint Status Report (Dkt. No. 4), whose deadlines were extended 30 days from November 1,

2024, as explained in the Court's Order Granting the Motion to Withdraw (Dkt. No. 13). The

time for filing the Joint Status Report as required by the Order Regarding Initial Disclosures and

Joint Status Report (Dkt. No. 4) is hereby extended to January 10, 2025. If the report is not filed

1    by that time, sanctions may be ordered. Sanctions may include dismissal of the action without

2    prejudice for failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b).

3        The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

4        Filed December 18, 2024.

5

6        <u>Ravi Subramanian</u>
         Clerk of Court

7        <u>s/Kathleen Albert</u>
         Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24