UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM BESSER and KELSEY BESSER,<br><br>Plaintiffs,<br><br>v.<br><br>ESURANCE INSURANCE COMPANY and ALLSTATE INSURANCE COMPANY,<br><br>Defendants. | CASE NO. C24-5516 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Parties have not complied with the Court's Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 4), and the January 10, 2025 deadline by which to file the Joint Status Report (see Dkt. No. 14). Defendants instead filed a status report on January 10, 2025, updating the Court on the Parties' interactions and relaying Plaintiffs' request for additional time to seek counsel. (Dkt. No. 16.)

MINUTE ORDER - 1

1     Although the Court notes that it has already given Plaintiffs over three months to retain new counsel, it finds good cause to allow one last extension. Based on Plaintiffs' request, the Court now provides Plaintiffs with an additional 30 days from the date of this Order to obtain counsel. No further extensions will be granted. Whether through counsel or by themselves (pro se), Plaintiffs must comply with the Court's Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 4) and file a Joint Status Report by no later than February 14, 2025. If the Joint Status Report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

    The clerk is ordered to provide copies of this order to Plaintiffs and all counsel.

    Filed January 14, 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2