UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM BESSER and KELSEY BESSER,<br><br>Plaintiffs,<br><br>v.<br><br>ESURANCE INSURANCE COMPANY and ALLSTATE INSURANCE COMPANY,<br><br>Defendants. | CASE NO. C24-5516 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

At Plaintiffs' request, which was submitted to the Court by telephone, the Court hereby EXTENDS the deadline to file the Joint Status Report to February 28, 2025. Plaintiffs reported that they are in discussions with an attorney to represent them. So while the Court warned Plaintiffs that no further requests for extension would be granted, it finds good cause to allow this one last extension, particularly given Plaintiffs' pro se status. The Court notes that it has

MINUTE ORDER - 1

provided Plaintiffs with roughly four months to find counsel, and extended the initial case deadlines multiple times. If the Joint Status Report is not filed by February 28, 2025, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

The clerk is ordered to provide copies of this order to all counsel.

Filed February 14, 2025.

                    Ravi Subramanian
                    Clerk of Court

                    s/Kathleen Albert
                    Deputy Clerk

MINUTE ORDER - 2