UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM BESSER and KELSEY BESSER,<br><br>                    Plaintiffs,<br><br>      v.<br><br>ESURANCE INSURANCE COMPANY and ALLSTATE INSURANCE COMPANY,<br><br>                    Defendants. | CASE NO. C24-5516 MJP<br><br>ORDER OF DISMISSAL |

The Court issues this Order <u>sua sponte</u> (on its own accord) after reviewing the docket in this matter and the last Minute Order. (Dkt. No. 18.) As the parties are aware, the Court has granted four extensions of time to allow Plaintiffs sufficient time to locate counsel. (<u>See</u> Dkt. Nos. 12, 13, 17, 18.) The Court's extensions gave Plaintiffs roughly four additional months to find counsel. (<u>See id.</u>) The Court also repeatedly warned Plaintiffs that they would need to litigate this matter <u>pro se</u> (without counsel) if they were unable to find counsel. (See Dkt. Nos. 14, 17, 18.) And the Court warned Plaintiffs that it would dismiss this action for failure to

ORDER OF DISMISSAL - 1

1  prosecute if they did not comply with the deadline to file the joint status report. (Id.) After

2  extending the joint status report deadline several times, the Court set February 28, 2025 as the

3  final deadline for filing the joint status report. (Dkt. No. 18.) The Court warned Plaintiffs that it

4  would dismiss the action if they did not comply with the joint status report deadline. (Id.)

5  Plaintiffs have not met the deadline and have not demonstrated an ability to litigate this matter.

6  The Court therefore DISMISSES this action WITHOUT PREJUDICE for failure to prosecute.

7  See Fed. R. Civ. P. 41(b). The Court directs the Clerk to TERMINATE this matter.

8      The clerk is ordered to provide copies of this order to Plaintiffs and all counsel.

9      Dated March 27, 2025.

          Marsha J. Pechman
          United States Senior District Judge