Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ADAM & KELSEY BESSER,<br><br>Plaintiffs,<br><br>vs.<br><br>ESURANCE INSURANCE COMPANY & ALLSTATE INSURANCE COMPANY,<br><br>Defendants. | No. 3:24-cv-05516-MJP<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW AS COUNSEL<br><br>[PROPOSED] |

This matter comes before the Court on Defendants' Motion For Leave To Withdraw As Counsel. Having reviewed Defendants' Motion, the Declaration of Peter E. Sutherland in Support of Defendants' Motion, and all supporting materials, the Court GRANTS the Motion and counsel is hereby GRANTED LEAVE to WITHDRAW.

ENTERED this 20th day of August, 2025.

*[signature]*

US District Court Judge Marsha J. Pechman

Presented by:

LEE SMART, P.S., INC.

---

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE - 1
3:24-cv-05516-MJP
Besser v. Esurance C24-5516 Order Granting Withdrawal

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

1
2  By: /s/Peter E. Sutherland
      Peter E. Sutherland, WSBA No. 17745
3     Of Attorneys for Defendants
      Lee Smart, P.S., Inc.
4     701 Pike Street, Suite 1800
      Seattle, WA 98101
5     (206) 624-7990
      Of Attorneys for Defendants
6     pes@leesmart.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING DEFENDANTS' MOTION FOR
LEAVE - 2
3:24-cv-05516-MJP
Besser v. Esurance C24-5516 Order Granting Withdrawal



701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com